AO 455 (Rev. 5/85)  Waiver of Indictment

# United States District Court

NORTHERN _____ DISTRICT OF _____ CALIFORNIA _____

UNITED STATES OF AMERICA
V.

JOSE SEDENO-PEREZ

**WAIVER OF INDICTMENT**

CASE NUMBER: CR 08-70012 HRL

I, JOSE SEDENO-PEREZ _____, the above named defendant, who is accused of

**FILED**

JAN 2 4 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive

in open court on _____1-24-08_____ prosecution by indictment and consent that the
                          Date

proceeding may be by information rather than by indictment.

_____
X Defendant

_____
Counsel for Defendant

Before_____
         Judicial Officer