***E-FILED ***

# CRIMINAL MINUTE ORDER

**JUDGE:** Ronald M. Whyte          **REPORTER:** Summer Clanton

**DATE:** March 10, 2008            **TIME:** 9:00 am

**CRIMINAL NO.:** CR-08-00027-RMW

**TITLE:** UNITED STATES OF AMERICA    -v- JOSE SEDENO-PEREZ
          **APPEARANCES:**                    (P) (C)

**PLTF:** AUSA: J. Schenk              **DEFT:** M. Araujo
          **INTERPRETER:**                      L. Acre

**COURT ACTION:** STATUS HEARING

**Hearing Held. The government has tendered a fast track offer to the defense. The defense needs time to investigate the case. The Court continued this matter to 3/17/08 @ 9:00 am for Possible Disposition.**

　　　　　　　　　　　　　　　　　　　　　　/s/ Jackie Garcia
　　　　　　　　　　　　　　　　　　　　　　　JACKIE GARCIA
　　　　　　　　　　　　　　　　　　　　　　**Courtroom Deputy**