1    BARRY J. PORTMAN
     Federal Public Defender
2    MANUEL U. ARAUJO,
     Assistant Federal Public Defender
3    160 West Santa Clara Street, Suite 575
     San Jose, CA 95113
4    Telephone: (408) 291-7753

5    Counsel for Defendant SEDENO-PEREZ

6

7

8
                    IN THE UNITED STATES DISTRICT COURT
9
               FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
                            SAN JOSE DIVISION
11

12   UNITED STATES OF AMERICA,          )    No. CR 08-00027- RMW
                                        )
                        Plaintiff,      )    **STIPULATION TO CONTINUE**
13   v.                                 )    **STATUS HEARING**
                                        )
14   JOSE SEDENO-PEREZ,                 )
                                        )
15                      Defendant.      )
     _____)
16
                               **STIPULATION**
17

18          Defendant and the government, through their respective counsel, hereby stipulate that,

19   subject to the court's approval, the status hearing in the above-captioned matter, presently

20   scheduled for March 17, 2008, at 9:00 a.m., may be continued to March 24, 2008 at 9:00 a.m.

21   The continuance is being requested as defense counsel has obtained and secured additional

22   records and documents regarding the defendant's background.  Additional time is needed for the

23   defendant to consult with his counsel for the purpose of deciding whether to accept the

24   Government's fast track offer.

25          The parties further agree and stipulate that time should be excluded from and including

26   March 17, 2008 through and including March 24, 2008, to provide counsel reasonable time to

     prepare, pursuant to Speedy Trial Act, 18 U.S.C. §3161(h)(8)(A) and (B)(iv).  Accordingly, the

1  United States and the defendant agree that granting the requested exclusion of time will serve the

2  interest of justice and outweigh the interest of the public and defendant in a speedy trial.

3

4  Dated: March 13, 2008

5                                    _____/S/_____
                                     MANUEL U. ARAUJO
                                     Assistant Federal Public Defender
6
   Dated: March 13, 2008
7                                    _____/S/_____
                                     JEFFREY B. SCHENK,
8                                    Assistant United States Attorney

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26