IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>JOSE SEDENO-PEREZ,<br><br>　　　　Defendant.<br>_____ | No. CR 08-00027- RMW<br><br>**[PROPOSED] ORDER CONTINUING THE STATUS HEARING DATE** |

## **ORDER**

Good cause appearing and by stipulation of the parties, it is hereby ordered that the status conference hearing in the above-captioned matter shall be continued from March 17, 2008, to March 24, 2008 at 9:00 a.m. as well as the period of delay from March 17, 2008, to and including March 24, 2008, is excluded for purposes of Speedy Trial Act computations pursuant to Title 18, United States Code, Sections 3161(h)(8)(A) and 3161(h)(8)(B)(iv).

Dated: March ___, 2008

_____
RONALD M. WHYTE
United States District Judge

ORDER CONTINUING HEARING
No. CR 08-00027-RMW　　　　　　　　1