***E-FILED ***

# CRIMINAL MINUTE ORDER

**JUDGE:** Ronald M. Whyte        **REPORTER:** Irene Rodriguez

**DATE:** March 24, 2008        **TIME:** 9:00 am

**CRIMINAL NO.:** CR-08-00027-RMW

**TITLE:** UNITED STATES OF AMERICA   -v- JOSE SEDENO-PEREZ
  **APPEARANCES:**                  (P) (C)

**PLTF:** AUSA: J. Schenk        **DEFT:** M. Araujo
  **INTERPRETER:**                 D. Navvaro

**COURT ACTION: STATUS HEARING**

**Hearing Held. Defendant advised the Court that he is requesting an appointment of new counsel. The Court continued this matter to Magistrate Judge Seeborg on 3/27/08 @ 2:00 pm.**


             /s/ Jackie Garcia
             **JACKIE GARCIA**
           **Courtroom Deputy**