***E-FILED ***

# CRIMINAL MINUTE ORDER

**JUDGE:** Ronald M. Whyte   **REPORTER:** Lee-Anne Shortridge

**DATE:** May 12, 2008   **TIME:** 9:00 am

**CRIMINAL NOS.:** CR-08-00027-RMW

**TITLE:** UNITED STATES OF AMERICA   -v- JOSE SEDENO-PEREZ   (P) (C)
   **APPEARANCES:**

**PLTF:** AUSA: J. Schenk   **DEFT:** A. Morales
   **INTERPRETER:**      L. Acre

**COURT ACTION: STATUS HEARING**

Hearing Held. Government has extended a proposed plea agreement. Defense counsel has reviewed the proposal with the defendant. Defendant has some concerns/questions to the proposed plea agreement. The government will hold the offer for one week. The Court continued this matter to 5/23/08 @ 2:30 p.m. for Possible Disposition.


   */s/ Jackie Garcia*
      **JACKIE GARCIA**
   **Courtroom Deputy**