***E-FILED ***

# CRIMINAL MINUTE ORDER

**JUDGE:** Ronald M. Whyte                **REPORTER:** Summer Clanton

**DATE:** May 23, 2008                    **TIME:** 2:30 pm

**CRIMINAL NO.:** CR-08-00027-RMW

**TITLE:** UNITED STATES OF AMERICA   -v-  JOSE SEDENO-PEREZ   (P) (C)
         **APPEARANCES:**

**PLTF:** AUSA: J. Schenk                **DEFT:** A. Morales
         **INTERPRETER:**                          A. Detrinidad

**COURT ACTION:** STATUS HEARING

**Hearing Held. The parties have not reached a resolution. Defendant advised the Court that he has issues with his attorney. In-camera, the Court voir dired the defendant. The Court referred the matter to Magistrate Judge Trumbull for a settlement conference on 5/28/08 @ 11:00 AM. The purpose of the settlement conference is to go over with the defendant the guideline calculation and government's offer. The government advised the Court that the fast track offer shall remain open.**

                                        */s/ Jackie Garcia*
                                          **JACKIE GARCIA**
                                          **Courtroom Deputy**