UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL MINUTE ORDER

MAGISTRATE PATRICIA V. TRUMBULL

Date: 5/29/08

Court Reporter:              Clerk:

Case No: CR 08-00027 RMW    Case Title: USA V. Jose Sedeno-Perez

| Appearances for Plaintiff(s) | Appearances for Defendants(s) |
|---|---|
| Jeff Schenk | Al Morales |

PROCEEDINGS

Pretrial Conferences:    [ ] Initial       [ ] Status       [ ] Discovery
                         [X] Settlement    [ ] Final
                         [ ] Other

| Pltf. | Deft. | MOTIONS |
|---|---|---|
| [ ] | [ ] | 1. |
| [ ] | [ ] | 2. |
| [ ] | [ ] | 3. |
| [ ] | [ ] | 4. |

DISPOSITION

[ ] Granted              [ ] Submitted         [ ] Settled
[ ] Denied               [ ] Briefs to be filed    [X] Not Settled
[ ] Granted in part, denied in part              [ ] Off Calendar

.

ORDER TO BE PREPARED BY

[ ] Plaintiff    [ ] Defendant    [ ] Court    [ ] Court w/opinion

Notes: 2 ½ Hours