***E-FILED *__**

# CRIMINAL MINUTE ORDER

**JUDGE:** Ronald M. Whyte    **REPORTER:** Lee-Anne Shortridge

**DATE:** June 30, 2008    **TIME:** 9:00 am

**CRIMINAL NO.:** CR-08-00027-RMW

**TITLE:** UNITED STATES OF AMERICA    -v- JOSE SEDENO-PEREZ
 **APPEARANCES:**    (P)(C)

**PLTF:** AUSA: J. Schenk    **DEFT:** A. Morales
 **INTERPRETER:**    L. Acre

**COURT ACTION: DISPOSITION**

**Hearing Held. An in-camera hearing was held re: counsel representation. The defendant openly plead guilty to Count 1 of the Information. No plea agreement executed. The Court set a sentencing hearing for 9/8/08 @ 9:00 AM. The defendant shall remain in custody pending sentencing.**

 */s/ Jackie Garcia*
  JACKIE GARCIA
 **Courtroom Deputy**