1    JOSEPH P. RUSSONIELLO (CABN 44332)
     United States Attorney
2
     BRIAN J. STRETCH (CSBN 163973)
3    Chief, Criminal Division

4    JEFFREY B. SCHENK (CASBN 234355)
     Assistant United States Attorney
5
        150 Almaden Boulevard
6       San Jose, California 95113
        Telephone: (408) 535-2695
7       Facsimile:  (408) 535-5066          ***E-FILED - 6/30/08***
        Email: jeffrey.b.schenk@usdoj.gov
8
     Attorneys for the United States of America
9

10                   UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12                        SAN JOSE DIVISION

13

14   UNITED STATES OF AMERICA,        )    No.    CR 08-00027-RMW
                                       )
15           Plaintiff,                )    STIPULATION AND []
                                       )    ORDER EXCLUDING TIME FROM MAY
16      v.                             )    23, 2008 TO JUNE 30, 2008 FROM THE
                                       )    SPEEDY TRIAL ACT CALCULATION
17   JOSE SEDENO-PEREZ,                )    (18 U.S.C. § 3161(h)(8)(A))
                                       )
18           Defendant.                )
                                       )
19   _____ )

20          On May 23, 2008 the parties appeared for a hearing before this Court.  At that hearing,

21   the defense requested the Court refer the parties for a criminal settlement conference.  The

22   government and defense requested an exclusion of time under the Speedy Trial Act based upon

23   the Court's referral and the need to jointly negotiate a resolution in this matter.  Following the

24   settlement conference, the parties requested the Court set the matter for a hearing on June 30,

25   2008.

26          The parties stipulate that the time between May 23, 2008 and June 30, 2008 is excluded

27   under the Speedy Trial Act, 18 U.S.C. §3161, and agree that the failure to grant the requested

28   continuance would unreasonably deny defense counsel reasonable time necessary for effective

                                              1

preparation, taking into account the exercise of due diligence.  Finally, the parties agree that the ends of justice served by granting the requested continuance outweigh the best interest of the public, and the defendant in a speedy trial and in the prompt disposition of criminal cases.  18 U.S.C. §3161(h)(8)(A).

DATED: JUNE 24, 2008                    JOSEPH P. RUSSONIELLO
                                        United States Attorney


                                        ____/s/_____
                                        JEFFREY B. SCHENK
                                        Assistant United States Attorney


                                        _____
                                        AL MORALES
                                        Attorney for Defendant

**ORDER**

Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY ORDERS that the time between May 23, 2008 and June 30, 2008 is excluded under the Speedy Trial Act, 18 U.S.C. §3161.  The court finds that the failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  Furthermore, the Court finds that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial and in the prompt disposition of criminal cases.  The court therefore concludes that this exclusion of time should be made under 18 U.S.C. §3161(h)(8)(A).

Further, the parties jointly request this Court set the matter for a hearing on June 30, 2008 at 9:00 A.M.

IT IS SO ORDERED.

DATED:  6/30/08

_Ronald M. Whyte_
_____
RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE