***E-FILED ***

# CRIMINAL MINUTE ORDER

**JUDGE:** Ronald M. Whyte          **REPORTER:** Lee-Anne Shortridge

**DATE:** September 8, 2008          **TIME:** 9:00 am

**CRIMINAL NO.:** CR-08-00027-RMW

**TITLE:** UNITED STATES OF AMERICA  -v- JOSE SEDENO-PEREZ   (P) (C)
         **APPEARANCES:**

**PLTF:** AUSA: J. Schenk          **DEFT:** A. Morales
 **PROBATION OFFICER:** B. Flores          **INTERPRETER:** L. Acre

**COURT ACTION:** JUDGMENT AND SENTENCING

**Hearing Held.  Defense request a continuance to file a declaration in support of departure request.  The Court continued the sentencing hearing to 9/29/08 @ 9:00 AM.**

                    */s/ Jackie Garcia*
                        **JACKIE GARCIA**
                        **Courtroom Deputy**